In the Matter of the Probate of the Will of ROBERT E. HOPKINS, Deceased.

ROBERT E. HOPKINS, JR., Appellant; FANNY W. HOPKINS et al., Respondents.

*Matter of Hopkins,* 109 App. Div. 861, appeal dismissed.
(Submitted April 17, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1905, which affirmed an order of the court at a Trial Term denying a motion to set aside a verdict directed by the court and for a new trial as to the validity of the will of Robert E. Hopkins, deceased.

*Joseph W. Middlebrook* for appellant.

*Charles Blandy, Andrew J. Shipman* and *Clarence S. Davison* for Fanny W. Hopkins, respondent.

*James MacGregor Smith* for American Board of Commissioners for Foreign Missions et al., respondents.

*Frank V. Millard* for Frederick G. Le Roy, as general guardian of Robert E. Hopkins, Jr.

Appeal dismissed, with costs to respondents payable out of estate; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.